# Court of Appeals
# of the State of Georgia

ATLANTA,   March 31, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1075.  MAJOR A. CLARK v. THE STATE.**

Major A. Clark pled guilty to child molestation and was sentenced to five years probation.  Following the revocation of his probation, Clark filed a motion for the appointment of appellate counsel.  The trial court denied the request on June 24, 2013, and Clark filed a notice of appeal from this ruling on October 30, 2013.[1]

To be timely, a notice of appeal must be filed within 30 days after entry of the appealable order.  See OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Rowland v. State*, 264 Ga. 872 (1) (452 SE2d 756) (1995). Because Clark filed his notice of appeal 128 days after entry of the trial court's order, his appeal is untimely. Accordingly, we lack jurisdiction to entertain this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta, 03/31/2014
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ , *Clerk.*

---

[1] Clark filed his appeal to the Supreme Court, which transferred the matter to this Court.